# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 23, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711


      Re:  Isac Blanco-Hernandez
           v. Texas
           No. 14-8977
           (Your No. WR-81, 433-01)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 8, 2014 and placed on the docket March 23, 2015 as No. 14-8977.


           Sincerely,

           **Scott S. Harris**, Clerk

           by

           Clayton Higgins
           Case Analyst


RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 30 2015

Abel Acosta, Clerk